TOMAS A. GUTERRES (State Bar No. 152729)
CATHERINE M. MATHERS (State Bar No. 221983)
CHRISTIE B. SWISS (State Bar No. 245151)
COLLINS, COLLINS, MUIR & STEWART, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
(626) 243-1100 – FAX (626) 243-1111
EMAIL: cmathers@ccmslaw.com

Attorneys for Defendant,
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS KOLAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LEE BACA IN HIS OFFICIAL CAPACITY AS SHERIFF OF LOS ANGELES COUNTY, and DOE DEFENDANTS 1-30, INCLUSIVE,<br><br>　　　　Defendants. | ) CASE NO. CV 06-6779 RGK (AJWx)<br>) *[Case Assigned to the Hon. R. Gary*<br>) *Klausner, Courtroom 850]*<br>)<br>) **JUDGMENT GRANTING**<br>) **DEFENDANT'S MOTION TO DISMISS,**<br>) **OR IN THE ALTERNATIVE, MOTION**<br>) **FOR SUMMARY JUDGMENT**<br>)<br>) DATE:　　JANUARY 28, 2008<br>) TIME:　　9:00 A.M.<br>) PLACE:　Courtroom 850<br>)<br>) Complaint Filed: 10/25/06<br>) TRIAL DATE: 3/25/08 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Motion of Defendants COUNTY OF LOS ANGELES, (hereinafter "COUNTY") for Motion to Dismiss, or in the alternative, Motion for Summary Judgment, came on regularly for hearing before this Court on January 28, 2008, Honorable R. Gary Klausner, Judge Presiding.

1  After considering the moving, opposing, and reply papers, arguments of
2  counsel, and all other matters presented to and accepted by the Court, and having
3  ~~ruled to grant COUNTY's Motion to Dismiss, or in the alternative, Motion for~~
4  Summary Judgment,
5  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff
6  BORIS KOLAS take nothing by this action, and that the action be dismissed on the
7  merits, and that COUNTY awarded its costs.

Dated: February 14, 2008          *[signature: Gary Klausner]*
                                   _____
                                   Honorable R. Gary Klausner
                                   United States District Judge

Collins, Collins,
Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111

CAP/C:\TEMP\NOTESE1EF34\MSJ [PROPOSED] JUDGMENT.DOC

2

[PROPOSED] JUDGMENT

**PROOF OF SERVICE**
(CCP §§ 1013(a) and 2015.5)

State of California,       )
                           ) ss.
County of Los Angeles      )

I am employed in the County of ☒ Los Angeles ☐ Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒ 1100 El Centro Street, Post Office Box 250, <u>South Pasadena</u>, California 91030.

☐ 620 Newport Center Drive, Suite 200, <u>Newport Beach</u>, CA 92660-8002

On **this date**, I served the foregoing document described as **[PROPOSED] JUDGMENT GRANTING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Humberto Guizar, Esq.
Law Offices of Humberto Guizar
3500 W. Beverly Blvd.
Montebello, California 90640
Tel: (323) 725-1151 – Fax: (323) 725-0350
**ATTORNEYS FOR PLAINTIFF BORIS KOLAS**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Newport Beach**, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Newport Beach**, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena/Newport Beach**, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached <u>Service List</u> and the activity report(s) generated by facsimile number **(626)243-1111 (So. Pasadena) or (949) 718-4801 (Newport Beach)** indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **January 7, 2008** at: **South Pasadena/Newport Beach**, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

---
DEBBIE PARKER

*CAP/C:\TEMP\NOTESE1EF34\MSJ [PROPOSED] JUDGMENT.DOC*

**[PROPOSED] JUDGMENT**

Collins, Collins, Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111